UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:
In re Application of LÚCIA DE ARAUJO :
BERTOLLA for an Order Pursuant to 28 :
U.S.C. § 1782 to Obtain Discovery for Use :  17-mc-284 (VSB)
in a Foreign Proceeding :
:  **ORDER TO UNSEAL AND**
:  **TERMINATE THE CASE**
:
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On May 4, 2021, I issued an order granting Applicant's request that I keep this case open and extend the sealing order until November 4, 2021, unless Applicant submits a letter indicating otherwise.  (Doc. 20.)  I am not in receipt of any letters from Applicant.  Accordingly, it is hereby:

      ORDERED that this action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

      ORDERED that the above-captioned action be discontinued.  The Clerk's Office is directed to terminate the case.

SO ORDERED.

Dated: November 5, 2021
       New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge